IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR88** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **TENTATIVE FINDINGS** |
| | ) | |
| **CLARICE OWEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Court has received the Presentence Investigation Report ("PSR"), the government's objections thereto (Filing No. 31), and the Defendant's motion for variance (Filing No. 30). *See* Order on Sentencing Schedule, ¶ 6. The Defendant objected informally to the probation officer (Addendum to PSR), but did not file objections under ¶ 6 of the sentencing scheduling order. The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

The parties disagree as to the drug quantity. The government's objections (Filing No. 31) will be heard at sentencing. The Defendant's motion for variance (Filing No. 30) will also be heard.

IT IS ORDERED:

1. The government's Objections to the Presentence Investigation Report (Filing No. 31) will be heard at sentencing;

2. The Defendant's motion for variance (Filing No. 31) will be heard at sentencing;

3. Otherwise the Court's tentative findings are that the Presentence Investigation Report is correct in all respects;

4.     If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

5.     Absent submission of the information required by paragraph 4 of this Order, my tentative findings may become final; and

6.     Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 18th day of August, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge